**STDM**
FARHAN R. NAQVI
Nevada Bar No. 8589
PAUL G. ALBRIGHT
Nevada Bar No. 14159
NAQVI INJURY LAW
9500 West Flamingo Road, Suite 104
Las Vegas, Nevada 89147
Telephone: (702) 553-1000
Facsimile:  (702) 553-1002
naqvi@naqvilaw.com
paul@naqvilaw.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER ARREOLA, individually, | Case No.:   2:23-cv-00742-JAD-NJK |
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS WALMART INC. ONLY WITHOUT PREJUDICE AND TO AMEND CAPTION** |
| vs. | |
| C.R. ENGLAND, INC.; JOVON BYRDE, individually; WALMART INC.; and DOES 1 to 100, ROE CORPORATIONS 1 to 100, inclusive, | ECF No. 11 |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED to by and between Plaintiff JENNIFER

ARREOLA (hereinafter "Plaintiff") and Defendants C.R. ENGLAND, INC., JOVON BYRDE,

and WALMART INC. (hereinafter collectively referred to as "Defendants"), by and through their

respective counsel of record, as follows:

1.    Defendant C.R. ENGLAND INC. represents that C.R. ENGLAND, INC. is the only

correct legal entity as it relates to the claims asserted against C.R. ENGLAND, INC., and

that there are no other affiliated entities (parent companies, subsidiaries, sister companies,



etc.) who may bear any liability for Plaintiff's claimed damages as described more fully in her Complaint.

2.     Defendant C.R. ENGLAND INC. further represents that Defendant JOVON BYRDE was employed by Defendant C.R. ENGLAND, INC. at all times relevant to this matter.

3.     Defendants further represent that neither WALMART INC., nor any of its affiliates (parent companies, subsidiaries, sister companies, etc.) are correct or necessary parties in this matter, as it does not have any liability or responsibility for the subject collision nor Plaintiff's alleged claims or damages arising therefrom, including, but not limited to, those claims concerning employment and/or agency of Defendant JOVON BYRDE, such as respondeat superior, negligent hiring, training, supervision and retention, and that its dismissal will not jeopardize Plaintiff's ability to establish coverage under any applicable insurance policies that may cover Plaintiff's subject claims as it relates to Defendants. Therefore, Defendants C.R. ENGLAND, INC. and JOVON BYRDE represent that they will not assert that WALMART INC., nor any of its affiliates (parent companies, subsidiaries, sister companies, etc.) are responsible for any of the claims or damages asserted in this matter.

4.     IT IS HEREBY STIPULATED AND AGREED based on the foregoing representations that WALMART INC. shall be dismissed without prejudice from the above-entitled matter, leaving Defendants C.R. ENGLAND, INC. and JOVON BYRDE as the only remaining defendants in this matter.

5.     IT IS HEREBY FURTHER STIPULATED AND AGREED that this dismissal shall have no effect on Plaintiff's pursuit of her claims C.R. ENGLAND, INC. and JOVON BYRDE,



Page 2 of 4

and will not jeopardize Plaintiff's ability to establish coverage under any applicable insurance policies that may cover Plaintiff's subject claims as it relates to Defendants.

6.   IT IS HEREBY FURTHER STIPULATED AND AGREED that, should discovery reveal that WALMART INC. is somehow liable for the subject collision and/or Plaintiff's alleged damages or claims arising therefrom, including claims concerning employment and/or agency of Defendant JOVON BYRDE, Plaintiff may amend the Complaint to include WALMART INC. back into this lawsuit, and any such amendment shall relate back to the filing of the original Complaint for all purposes, including the statute of limitations.

7.   IT IS HEREBY FURTHER STIPULATED AND AGREED that every reference in the body of the Complaint to WALMART INC. will be understood to be and interpreted as a reference to C.R. ENGLAND, INC. except for paragraphs 4 and 10.

8.   IT IS HEREBY FURTHER STIPULATED AND AGREED that Plaintiff will not be required to file an Amended Complaint or re-serve the Complaint.

/ / /

/ / /

/ / /



Case 2:23-cv-00742-JAD-NJK   Document 12   Filed 05/25/23   Page 4 of 4
Arreola v. C.R. England, Inc., et al..
Case No.:  2:23-cv-00742-JAD-NJK

9.    IS HEREBY FURTHER STIPULATED AND AGREED that the caption in this matter will be amended as set forth in *Exhibit 1*, which is attached hereto and incorporated herein by this reference.

DATED this 22nd day of May, 2023.                DATED this 22nd  day of May, 2023.

NAQVI INJURY LAW                                 WILSON ELSER MOSKOWITZ
                                                 EDELMAN & DICKER LLP

*/s/ Paul G. Albright____*                       */s/ Michael P. Lowry_____*
PAUL G. ALBRIGHT                                 MICHAEL P. LOWRY
Nevada Bar No. 14159                             Nevada Bar No. 10666
9500 W. Flamingo Rd., Suite 104                  300 S. Fourth Street, 11th Floor
Las Vegas, Nevada 89147                          Las Vegas, Nevada 89101
*Attorney for Plaintiff*                         *Attorney for Defendants*
                                                 *C.R. England, Inc. and Jovon Byrde*

DATED this 22nd day of May, 2023.

THORNDAL ARMSTRONG, PC

*/s/ Bruce S. Dickinson_____*
BRUCE S. DICKINSON, ESQ.
Nevada Bar No. 2297
1100 E. Bridger Ave.
Las Vegas, Nevada 89101
*Attorney for Defendant Walmart Inc.*


**IT IS SO ORDERED.**  Plaintiff's claims against Walmart Inc. are DISMISSED without prejudice, each side to bear its own fees and costs.

_____
UNITED STATES DISTRICT COURT JUDGE

5/25/23

Respectfuly Submitted by:

NAQVI INJURY LAW

*/s/ Paul G. Albright_____*
PAUL G. ALBRIGHT
Nevada Bar No. 14159
9500 W. Flamingo Rd., Suite 104
Las Vegas, Nevada 89147
*Attorney for Plaintiff*

