BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
**THORNDAL ARMSTRONG, PC**
1100 E. Bridger Avenue
Las Vegas, NV  89101
TEL: (702)  366-0622
FAX: (702)  366-0327
email:  bsd@thorndal.com

Attorneys for Walmart, Inc.

### IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER ARREOLA, individually, | CASE No: 2:23-cv-00742 |
| Plaintiff, | |
| vs. | **Motion to Remove Attorney's Name from CM/ECF E-Filing Service List for This Case Only** |
| C.R. ENGLAND, INC; JOVON BYRDE, Individually; and DOES 1 to 100, ROE CORPORATIONS 1 to 100, inclusive, | |
| Defendants. | |

The undersigned requests that Bruce Scott Dickinson and the law firm Thorndal Armstrong be removed from the CM/ECF service and notification list for this case only.

…

…

…

…

1    The reason for this motion is that the court has granted the parties' stipulation to dismiss

2    Walmart from this case. (ECF 12) from the CM/ECF service and notification list.

3    DATED this 31st day of May, 2023.

4
                                    THORNDAL ARMSTRONG, PC
5

6                                   By: _____
7                                        BRUCE SCOTT DICKINSON, ESQ.
                                         Nevada Bar No. 002297
8                                        1100 E. Bridger Avenue
                                         Las Vegas, NV  89101
9                                        TEL: (702)  366-0622 / FAX: (702)  366-0327
                                         bsd@thorndal.com
10

11                                       Attorneys for Walmart, Inc

                                         **ORDER**
12   **IT IS SO ORDERED.**

13

14                                  _____
                                    UNITED STATES MAGISTRATE JUDGE
15
                                         Dated: June 1, 2023
16

17

18

19

20

21

22

23

24

25

26

27

28

2