# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Jennifer Arreola, individually,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>C.R. England, Inc.; Jovon Byrde, individually; and Does 1 to 100, Roe Corporation 1 to 100, inclusive,<br><br>　　　　　　　Defendants. | Case No.:  2:23-cv-742<br><br>**Order Granting Defendant's Motion to Remove from Service List** |

Jovon Byrde and C.R. England, Inc. requests to remove attorney Kimberly A. Nelson from the CM/ECF electronic service list. Kimberly A. Nelson is no longer working this file.

DATED this 27th day of December, 2023.

WILSON ELSER

BY: */s/ Michael Lowry*
　　MICHAEL P. LOWRY, ESQ.
　　Nevada Bar No. 10666
　　Attorneys for Jovon Byrde, C.R. England, Inc.

**IT IS SO ORDERED.**
Dated: December 28, 2023

_____
Nancy J. Koppe
United States Magistrate Judge