**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Jovon Byrde, C.R. England, Inc.

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| Jennifer Arreola, individually, | Case No.:  2:23-cv-742 -JAD-NJK |
| Plaintiff, | |
| vs. | **Stipulation and Order re Pre-Trial Order Deadline** |
| C.R. England, Inc.; Jovon Byrde, individually; and Does 1 to 100, Roe Corporation 1 to 100, inclusive, | ECF No. 34 |
| Defendants. | |

Discovery is closed in this matter.  As a result of a prior stipulation between the parties, neither anticipates filing motions for summary judgment.  The joint pre-trial order is presently due May 15, 2024.  The parties have agreed to a private mediation on May 28, 2024.  To conserve costs if possible, the parties now stipulate that the deadline to submit the joint pre-trial order will be June 28, 2024 if the case does not settle at mediation.

///

///

///

///

294990968v.1

Dated this 1ˢᵗ day of April, 2024.                Dated this 1ˢᵗ day of April, 2024.

WILSON ELSER                                      NAQVI INJURY LAW
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

*/s/ Michael Lowry*                              */s/ Paul G. Albright*
Michael P. Lowry, Esq.                           Paul G. Albright, Esq.
Nevada Bar No. 10666                             Nevada Bar No. 14159
Attorneys for Jovon Byrde, C.R. England,         Attorneys for Jennifer Arreola
Inc.

## ORDER

    **Based on the parties' stipulation [ECF No. 34] and good cause appearing, IT IS HEREBY ORDERED that the deadline for submission of the Joint Pretrial Order is extended to June 28, 2024.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: April 2, 2024

-2-