**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Jovon Byrde; C.R. England, Inc.

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Jennifer Arreola, individually,<br>  Plaintiff,<br><br>vs.<br><br>C.R. England, Inc.; Jovon Byrde, individually; and Does 1 to 100, Roe Corporation 1 to 100, inclusive,<br>  Defendants. | Case No.:  2:23-cv-742-JAD-NJK<br><br>**Stipulation and Order to Dismiss with Prejudice**<br><br>ECF No. 36 |

///

///

///

///

///

///

///

///

///

///

///

1

298315500v.1

The parties stipulate to dismiss with prejudice, each to bear their own fees and costs. No trial date was scheduled.

| DATED this 25th day of June 2024 | DATED this 25th day of June 2024 |
|---|---|
| NAQVI INJURY LAW | WILSON ELSER |
| BY: /s/ Paul G. Albright<br>PAUL G. ALBRIGHT, ESQ.<br>Nevada Bar No. 14159<br>Attorneys for Plaintiff | BY: /s/ Michael Lowry<br>MICHAEL P. LOWRY, ESQ.<br>Nevada Bar No. 10666<br>Attorneys for Jovon Byrde and C.R. England, Inc. |

## ORDER

Based on the parties' stipulation [ECF No. 36] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: June 28, 2024

298315500v.1